**COURT OF APPEAL, FIRST CIRCUIT**

**STATE OF LOUISIANA**

RE: Docket Number 2023-KA-1082

State Of Louisiana

- - Versus - -

Christopher Bell, Jr.

22nd Judicial District Court
Case #: 12162019
St. Tammany Parish

On Application for Rehearing filed on04/30/2024by   State of Louisiana

Rehearing ___ denied _____

_____
Page McClendon

_____
Chris Hester

_____
Steven M. Miller

JUN 2 5 2024

Date _____

_____
Rodd Naquin, Clerk